**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Barry Lamar BONDS, Defendant–Appellant.**

**No. 11–10669.**

United States Court of Appeals, Ninth Circuit.

July 1, 2014.

Merry Jean Chan, Esquire, Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, Jeffrey David Nedrow, Matthew A. Parrella, Esquire, Assistant U.S., Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

Cristina C. Arguedas, Ted W. Cassman, Esquire, Arguedas, Cassman & Headley, LLP, Berkeley, CA, Donald M. Horgan, Dennis P. Riordan, Riordan & Horgan,

---

San Francisco, CA, Allen J. Ruby, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Palo Alto, CA, for Defendant–Appellant.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Friedland did not participate in the deliberations or vote in this case.